

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2020

No. 04-20-00134-CV

**H.L. ZUMWALT CONSTRUCTION, INC.,**
Appellant

v.

**ROAD REPAIR, LLC**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVQ002791D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

The Appellee's Unopposed Motion for Extension of Time to File Brief is GRANTED. The Appellee's brief is due on September 3, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court